——o——

STATE OF MISSOURI, Plaintiff in Error, *vs.* JOHN G. Foss, Defendant in Error.

1. State vs. Foss, *ante*, p.416 Affirmed.

*Error to Hannibal Court of Common Pleas.*

*O. Carstarphen, Wm. P. Harrison,* and *M. L. Hollister,* for Plaintiff in Error.

*W. H. & G. F. Hatch,* for Defendant in Error.

WAGNER, Judge, delivered the opinion of the court.

This case is similar in all respects to the one decided at the present term between the same parties, and for the reasons given in that case the judgment of the court below must be affirmed. The other Judges concurring.